UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :    22-MJ-5044-JGD |
| | : |
| JACQUELYN MAHONEY, | : |
| Defendant. | : |

## WAIVER OF PROBABLE CAUSE HEARING AND CONSENT TO VOLUNTARY DETENTION

Defendant Jacquelyn Mahoney, by and through undersigned counsel, waives her right to a probable cause hearing and agrees to voluntary detention at this time, with the understanding that she may seek pre-trial release at a later time. Undersigned counsel represents that he has met with Ms. Mahoney and explained her rights to probable cause and detention hearing and that she wishes to waive her rights to those hearings at this time.

Respectfully submitted,

/s/ Stephen G. Huggard
Stephen G. Huggard (BBO#622699)
stevehuggard@huggardlaw.com
HUGGARD LAW LLC
470 Atlantic Avenue, 4th Floor
Boston, Massachusetts 02210
(617) 875-2622

February 28, 2022

Certificate of Service

  I, Stephen G. Huggard, hereby certify that, pursuant to Local Rule 5.2(b)(2), on this 28th day of February 2022, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing.

                /s/Stephen G. Huggard