**Letter Details**

## McINNIS HEALTH GROUP
780 Albany Street
Boston, MA 02118-2318
Ph: (857) 654-1000 • Fax: (857) 654-1100

4/2/2021

RE:
Jacquelyn Mahoney
Bradston Street
Boston MA 02118

To Whom It May Concern,

This letter is to confirm that Jacquelyn Mahoney is a patient of the McInnis Health Group in Boston, MA and is currently engaged with providers in our OBAT program. We will continue to support Jacquelyn Mahoney for continuation of this treatment plant.

This patient was seen today at our 780 Albany Street Clinic for medical care.

**The medication dosing is as follows:** 24 mg buprenorphine-naloxone daily

This may be taken on a schedule of the patient's choosing, as long as the full day's amount is taken each day, and as long as the schedule is more or less consistent from day to day. For example, the whole day's dose may be taken in the morning, or can be split into morning and evening doses, and so on, as long as it is similar each day.

We will continue to prescribe this medication while this patient is in residential treatment, if needed, and after discharge. We do not provide 30 day supplies of controlled substances, but we can fax refills to a pharmacy convenient for the residential program. To arrange this or for other care coordination, **page me at 781-221-6565 or leave a message on my confidential voice mail at 617-447-0955.** You may also reach out to our case manager, Mansi Shah, to help coordinate care; her number is 857-654-1628.

Please do not hesitate to get in touch with any questions or concerns, and please do reach out prior to discharge to help us coordinate care after discharge. Thank you for your care of this cherished patient of ours.

Sincerely,

Charina Hanley, RN

OBAT Team
Phone: 857-654-1628
Fax: 857-654-1487

Back to the Letters page

Interoperability Guide   Terms & Conditions   High Contrast Theme   MyChart® licensed from Epic Systems Corporation © 1999 - 2021

mychart.ochin.org



## Today's Visit

You saw Nurse Jenna K, RN on Thursday January 27, 2022. The following issue was addressed: Opioid use disorder, moderate.

## Your Medication List
as of January 27, 2022 11:59 PM

ⓘ Always use your most recent med list.

**\* ALPRAZolam** 1 mg tablet
Commonly known as: XANAX
Take 1 Tablet by mouth 2 (two) times a day

**\* ALPRAZolam** 2 mg tablet
Commonly known as: XANAX
Take 2 mg by mouth 2 (two) times daily

**buprenorphine-naloxone** 8-2 mg SL film
Commonly known as: SUBOXONE FILM
Place 1 Strip under the tongue 3 (three) times daily

**cetirizine** 10 mg tablet
Commonly known as: ZYRTEC
Take 1 Tablet by mouth once daily

**dextroamphetamine-amphetamine** 5 mg tablet
Commonly known as: ADDERALL
Pt says she takes 5 mg 5x/day, not verified. rx by outside provider.

**emtricitabine-tenofovir (TDF)** 200-300 mg per tablet
Commonly known as: TRUVADA
TAKE 1 TABLET BY MOUTH EVERY DAY

**fluticasone propionate** 50 mcg/actuation nasal spray
Commonly known as: FLONASE
Place 1 Spray in both nostrils once daily

**naloxone** 4 mg/actuation nasal spray
Commonly known as: NARCAN

OCHIN